IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GREGORY LINSTON GILLILAN, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE
: NO. 1:05-CV-172 (WLS) |
| D. SCARBOROUGH, | : |
| Defendant. | : |

**ORDER CHANGING DATE IN RECOMMENDATION**

On June 14, 2006, the undersigned recommended that plaintiff's motion for default judgment be denied inasmuch as he filed his motion prior to the actual service of the summons and complaint (doc. # 13). In that recommendation the undersigned stated that the motion was filed on February 17, 2005. Plaintiff has objected to the recommendation and pointed out the fact that the date of filing for his motion for default judgment was February 17, 2006 (doc. # 15). Plaintiff is correct. Accordingly the recommendation of June 14, 2006, is hereby changed and amended to reflect that the date of filing of plaintiff's motion was February 17, 2006. This does not alter the recommendation however, as both the dates predate service of the complaint upon plaintiff herein.

SO ORDERED, this 27th day of June 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE